

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

August 23, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/24/22
```

**By ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States Court Security Officers*, et al., v. *United States Marshals Service*, 22 Civ. 1380 (VM)

Dear Judge Marrero:

    This Office represents defendant United States Marshals Service (the "Government"), in the above-referenced Administrative Procedure Act ("APA") and Freedom of Information Act case commenced by plaintiffs. We write respectfully to request that the Court amend the so-ordered briefing schedule on the Government's motion to dismiss plaintiffs' APA claim [ECF No. 16], to correct an inadvertent error in the initially proposed deadline for the Government's opening brief. Because the Government's proposed date of October 10, 2022 for filing its opening brief is a federal holiday, the Government respectfully requests that the October 10, 2022 deadline be amended to October 11, 2022. This change does not affect the remaining briefing deadlines that have been so-ordered by the Court. Plaintiffs consent to this request. The schedule as modified is set forth below:

| **Filing** | **Deadline** |
| --- | --- |
| Government's Opening Brief | October 11, 2022 |
| Plaintiffs' Opposition Brief | November 7, 2022 |
| Government's Reply Brief | November 21, 2022 |

    We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

    /s/ *Tomoko Onozawa*
TOMOKO ONOZAWA
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2721
E-mail: tomoko.onozawa@usdoj.gov

---

The Court adopts the parties' revised, proposed schedule.

**SO ORDERED.**

August 24, 2022

*[signature: Victor Marrero, U.S.D.J.]*