USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES COURT SECURITY OFFICERS, ALEJANDRO ACEVEDO, FRANK FORSTER, ANTHONY GATTO, BRIAN GILLESPIE, TIMOTHY HERTEL, CEPHAS HUNTER, THOMAS KAUFER, MARTA B. RIVERA, ROBERTO RUGGIERO, and ANTHONY VENTURELLA,

                  Plaintiffs,

- against -

UNITED STATES MARSHALS SERVICE,

                  Defendant.

**22 Civ. 1380 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    On February 18, 2022, plaintiffs United States Court Security Officers, Alejandro Acevedo, Frank Forster, Anthony Gatto, Brian Gillespie, Timothy Hertel, Cephas Hunter, Thomas Kaufer, Marta B. Rivera, Roberto Ruggiero, and Anthony Venturella (collectively, "Plaintiffs") filed the complaint in this action (see "Complaint," Dkt. No. 1) alleging, among other things, a cause of action under the Freedom of Information Act, 5 U.S.C. Section 552, et seq. ("Count Two"). On October 14, 2022, the parties entered a Stipulation and Order of Voluntary Partial Dismissal to dismiss Count Two of the Complaint. (See Dkt. No. 23.)

    Accordingly, the Court hereby GRANTS the parties' request and dismisses Count Two of the Complaint without

1

costs, expenses, or attorney's fees to either party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**SO ORDERED.**

Dated:     17 October 2022
           New York, New York

_____
Victor Marrero
U.S.D.J.