DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: TOMOKO ONOZAWA
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2721
Facsimile:  (212) 637-2686
E-mail: tomoko.onozawa@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES COURT SECURITY OFFICERS, ALEJANDRO ACEVEDO, FRANK FORSTER, ANTHONY GATTO, BRIAN GILLESPIE, TIMOTHY HERTEL, CEPHAS HUNTER, THOMAS KAUFER, MARTA B. RIVERA, ROBERT RUGGIERO and ANTHONY VENTURELLA,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES MARSHALS SERVICE,<br><br>  Defendant. | 22 Civ. 1380 (VM) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Defendant's Memorandum of Law in Support of Partial Motion to Dismiss, the Declaration of Angelica Spriggs dated November 6, 2022, with accompanying exhibits, and the Declaration of Charlotte Luckstone dated November 4, 2022, with accompanying exhibits, defendant United States Marshals Service ("Defendant"), by its attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing in part the Complaint with

prejudice pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's endorsed order, dated October 14, 2022 [ECF No. 22], opposition papers, if any, shall be served on or before December 5, 2022, and reply papers, if any, shall be served on or before December 19, 2022.

Dated: New York, New York
November 7, 2022

>                    DAMIAN WILLIAMS
>                    United States Attorney for the
>                    Southern District of New York
>                    *Attorney for Defendant*
>
> By:        */s/ Tomoko Onozawa*
>                    TOMOKO ONOZAWA
>                    Assistant United States Attorney
>                    86 Chambers Street, Third Floor
>                    New York, New York 10007
>                    Telephone:  (212) 637-2721
>                    Facsimile:  (212) 637-2686
>                    E-mail: tomoko.onozawa@usdoj.gov