**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/09/2023
```

| | |
|---|---|
| UNITED STATES COURT SECURITY OFFICERS, et al.,<br><br>                    Plaintiffs,<br><br>        - against -<br><br>UNITED STATES MARSHALS SERVICE,<br><br>                    Defendant. | 22 Civ. 1380 (VM)<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

A Complaint in the above captioned matter was filed on February 18, 2022. (Dkt. No. 1.) The parties stipulated to dismissal of Count Two of the Complaint, which the Court Ordered on October 17, 2022. (Dkt. No. 24.) The Court then denied Defendant's Motion to Dismiss on April 3, 2023. (Dkt. No. 31.) Defendant filed an Answer to the Complaint on May 8, 2023. (Dkt. No. 36.)

Accordingly, the parties are hereby directed to submit a joint letter, within fourteen (14) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the key remaining factual and legal bases for the claim(s) and defense(s), including a description of what discovery is required; (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all

purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan that provides that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor marrero. The parties are directed to propose, as part of the proposed Case Management Plan, a date for a conference, if necessary, within two weeks of the close of fact discovery.

**SO ORDERED.**

Dated:   9 May 2023
         New York, New York

_____
                    Victor Marrero
                        U.S.D.J.