


**Kate M. Swearengen**
Partner
o  212.356.0272
f   646.473.8272
kswearengen@cwsny.com
www.cwsny.com

909 Third Avenue, 12th Floor • New York, NY 10022

March 21, 2024

<u>Via ECF</u>

Honorable Jessica G. L. Clarke
United States District Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *United States Court Security Officers, et al. v. United States Marshals Service*,
     22 Civ 1380 (JGLC)

Dear Judge Clarke:

  This firm represents plaintiffs United States Court Security Officers ("USCSO") and the individual named plaintiffs in the above referenced Administrative Procedure Act case filed against the United States Marshals Service ("USMS").  I write respectfully to request that the Court stay discovery in this matter until May 6, 2024, to provide plaintiffs' counsel with time to consult with the individual plaintiffs regarding their intentions with respect to the lawsuit. USMS and Centerra consent to this request.  This is the parties' first request to stay discovery in this case.

  Currently, fact discovery is set to expire on April 1, 2024, and the Court has ordered the parties to submit a post-discovery joint status letter by April 8, 2024, and has scheduled a case management conference on April 11, 2024, at 4:00 p.m.  (ECF No. 74).  The deposition of the nine individual plaintiffs have been completed, as well as the depositions of USMS and Centerra's 30(b)(6) witnesses and Centerra witness Efrain Perez.[1]  Plaintiffs do not presently intend to depose any additional witnesses.  USMS has noticed and intends to depose USCSO's 30(b)(6) witness as part of its anticipated motion for summary judgment, but prior to doing so has requested clarity as to whether plaintiffs intend to proceed with their lawsuit.

---

[1] The tenth individual plaintiff has elected not to proceed with the lawsuit, and Plaintiffs and USCSO intend to file a stipulation to effectuate his dismissal.

10045712.1



March 21, 2024
Page 2

   Accordingly, to accommodate the respective needs of the parties, plaintiffs respectfully request that: (1) discovery in this matter be stayed until May 6, 2024; (2) the April 8, 2024 deadline for the post-discovery joint status letter be suspended without date; and (3) the April 11, 2024 case management conference be adjourned without date. The parties further propose that they submit a joint status letter on or before May 1, 2024, to inform the Court whether plaintiffs intend to proceed with this lawsuit. If plaintiffs intend to proceed with this lawsuit, the joint status letter will propose for the Court's consideration new deadlines for the completion of fact discovery and the submission of a post-discovery joint status letter, and three mutually agreeable conference dates for the Court's case management conference, in accordance with Section 2.e of the Court's Individual Practices.

   We thank the Court for its time and attention to this matter.

               Respectfully submitted,

               */s/ Kate Swearengen*

               Kate Swearengen

cc: All Counsel of Record (via ECF)

---

Application GRANTED. Discovery is stayed until **May 6, 2024**. The parties are directed to file a joint status letter by **May 1, 2024**, informing the Court of whether Plaintiffs intend to proceed with this lawsuit. The April 8, 2024 post-disovery status letter and the April 11, 2024 case management conference are adjourned *sine die*. The Clerk of Court is directed to terminate ECF No. 75.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 22, 2024
   New York, New York